UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR TRINDAD OWENS,

       Movant,                                           Case No. 4:06-cv-123

v.                                                      Hon. Paul D. Borman

UNITED STATES OF AMERICA,

       Respondent.
       _____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION
## DENYING MOTION FOR RELIEF UNDER 28 U.S.C. § 2255

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 1, 2007, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that the motion under 28 U.S.C. § 2255 is **DENIED** for the reasons stated in the Report and Recommendation.

       **IT IS FURTHER ORDERED** that the motion to amend the section 2255 motion to include four claims of ineffective assistance of counsel (docket #'s 7,8) is **DENIED**.

Dated:  April 4, 2007                                           /s/Paul D. Borman
                                                                          Paul D. Borman
                                                                         United States District Judge